UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**
**MARCH 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1283**

In the Matter of                                         Case

Laborers Pension Fund and Laborers Welfare Fund, et al.
v.
MAXWELL PLUMBING CO., LTD, an Illinois corporation

**JUDGE HIBBLER**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, Administrator of the Funds

| | |
|---|---|
| SIGNATURE | /s/ Jerrod Olszewski |
| FIRM | Office of Fund Counsel, Laborers' Pension and Welfare Funds |
| STREET ADDRESS | 111 W. Jackson Blvd., Suite 1415 |
| CITY/STATE/ZIP | Chicago, IL  60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6276725 | TELEPHONE NUMBER 312/692-1540 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |