UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LABORERS' PENTION FUND AND LABORERS' WELFARE
FUND OF THE HEALTH AND WELFARE DEPARTMENT, ETC.,
ET AL.

Case No.
08C1283

PLAINTIFF(S)

vs.

AFFIDAVIT OF SERVICE OF:
SUMMONS & COMPLAINT

MAXWELL PLUMBING CO., LTD.

DEFENDANT(S)

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Mar 07, 2008**, at **1:30 PM**, I served the above described documents upon **MAXWELL PLUMBING CO., LTD.** shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **LIDIA BARRAZA / SECRETARY TO REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **30 W MONROE ST., STE 600, CHICAGO, IL 60603**.

**DESCRIPTION:** Gender: **F**  Race: **HISPANIC**  Age: **30**  Hgt: **5'4"**  Wgt: **125**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
**Robert D Fairbanks**, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 7th day of March, 2008

Joan C. Harenberg

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC