## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                  Case Number: 08 C 1283

Laborers' Pension Fund, et al.,
                                        Plaintiffs,

vs.

Maxwell Plumbing Co., Ltd.,
                                        Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   MAXWELL PLUMBING CO., LTD.

| | |
|---|---|
| **NAME** (Type or print)<br> Sara L. Pettinger | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>  s/  Sara L. Pettinger | |
| **FIRM**<br> Scopelitis, Garvin, Light, Hanson & Feary, P.C. | |
| **STREET ADDRESS**<br> 30 West Monroe Street, Suite 600 | |
| **CITY/STATE/ZIP**<br> Chicago, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br> 6204647 | **TELEPHONE NUMBER**<br> 312-255-7200 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☑ | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐            APPOINTED COUNSEL ☐