## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) Case No. 08 C 1283 |
| Plaintiffs, | ) ) Judge Hibbler |
| v. | ) ) Magistrate Judge Ashman |
| MAXWELL PLUMBING CO., LTD., an Illinois corporation, | ) ) ) ) |
| Defendant. | ) ) |

### NOTICE OF FILING

TO:   Amy Nicole Carollo – amy.carollo@gmail.com
      Charles F. Ingrassia – charlesi@chilpwf.com
      Christina Katherine Krivanek – christinak@chilpwf.com
      Jerrod V. Olszewski – jerrodo@chilpwf.com
      Patrick T. Wallace – wallace.patrick@gmail.com

   PLEASE TAKE NOTICE that on March 27, 2008, the undersigned counsel for Defendant, Maxwell Plumbing Co., Ltd. caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, its ANSWER TO COMPLAINT, a copy of which is served upon you.

                              Respectfully submitted,

                              **MAXWELL PLUMBING CO., LTD.**

                              By:   /s/Sara L. Pettinger
                                    One of its Attorneys

Donald J. Vogel
Sara L. Pettinger
Scopelitis, Garvin, Light, Hanson & Feary, PC
30 West Monroe Street, Suite 600
Chicago, IL 60603
Telephone: (312) 255-7200

## **CERTIFICATE OF SERVICE**

I, Sara L. Pettinger, hereby certify that on March 27, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following listed individuals by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Amy Nicole Carollo – amy.carollo@gmail.com
Charles F. Ingrassia – charlesi@chilpwf.com
Christina Katherine Krivanek – christinak@chilpwf.com
Jerrod V. Olszewski – jerrodo@chilpwf.com
Patrick T. Wallace – wallace.patrick@gmail.com
Laborers' Pension and Welfare Funds
Sub Office, 53 W. Jackson Blvd., Suite 550
Chicago, IL 60604

/s/ Sara L. Pettinger