IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No.: 08 C 1283 |
| v. | ) ) | Judge Hibbler |
| MAXWELL PLUMBING CO., LTD. an Illinois corporation, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter having come to be heard on the parties' Report of Parties' Planning Meeting and in accordance with Fed. R. Civ. P. 16(b), IT IS HEREBY ORDERED:

1. Any additional party must be joined by August 11, 2008.

2. Any amendments to the pleadings must be done by August 11, 2008.

3. Fact discovery is closed on August 11, 2008.

4. Dispositive motions must be filed by September 11, 2008.

5. The parties must exchange 26(a)(1) disclosures by July 11, 2008.

ENTER:

_____
The Honorable William J. Hibbler
United States District Court Judge

Dated:_____