IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, ) ) ) ) ) ) ) ) | |
| Plaintiffs,           ) | Case No. 08 C 1283 |
| v.                           ) | |
|                                    ) | Judge Hibbler |
| MAXWELL PLUMBING CO., LTD. An Illinois ) Corporation                                         ) | |
| Defendant.       ) | |

## NOTICE OF FILING

To:   Donald J. Vogel
        Scopelitis, Garvin, Light, Hanson & Feary, PC
        30 West Monroe St., Suite 600
        Chicago, IL 60603

PEASE TAKE NOTICE that on this 13th day of June 2008 the undersigned filed with the Clerk of Court the attached *Plaintiff's Report of Parties' Planning Meeting Pursuant to Fed. R. Civ. P. 26(f)*, a copy of which is herewith served upon you.

June 13, 2008                                                                      Laborers Pension Fund, et al.

                                                                                               By: /s/ Amy N. Carollo

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 13th day of June 2008 she served this notice to the above addressee(s) via, U.S. mail and the Court's electronic filing system.

                                                                                               /s/ Amy N. Carollo