UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Laborers' Pension Fund, et al.
                              Plaintiff,

v.                                        Case No.: 1:08−cv−01283
                                          Honorable William J. Hibbler

Maxwell Plumbing Co., Ltd.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

    MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 6/18/2008 and continued to 8/26/2008 at 09:30 AM. The Court adopts the report of parties planning meeting. Parties to comply with FRCP 26(a)(1) by 7/11/08. Fact discovery ordered closed by 8/11/2008. Dispositive motions with supporting memoranda due by 9/11/2008. Responses due by 10/10/2008. Replies due by 10/24/2008. Ruling by mail. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.