## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No.: 08 C 1283 |
| v. | ) ) | Judge Hibbler |
| MAXWELL PLUMBING CO., LTD. an Illinois corporation, | ) ) | |
| Defendant. | ) ) ) | |

## AGREED STIPULATION OF JUDGMENT

Now come Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds ("Funds"), by and through their attorney, Amy Carollo, and Defendant Maxwell Plumbing, Co., Ltd. ("Maxwell" or the "Company"), by and through its attorney Donald J. Vogel, and hereby submit the following Agreed Stipulation of Judgment. In support of this Agreement, the parties state as follows:

1.    The parties have agreed to stipulate to a judgment in the amount of $16,117.41 as follows:

      A.    $6,437.37 in contributions, liquidated damages, accumulated liquidated damages, interest, and audit costs on the Individual Self-Contributor audit for the period of January 1, 2005 through March 31, 2008;

B.    $8,295.44 in contributions, liquidated damages, accumulated liquidated damages, interest, and audit costs on the January 1, 2005 through March 31, 2008 audit; and

C.    $1,384.60 in attorneys' fees and costs.

2.    The Company, by and through its Owner and President, Roger Maxwell, hereby represents that the Company is currently not operating. The Company agrees to immediately obtain and maintain a surety bond in accordance with the terms of the Collective Bargaining Agreement and the Funds' Trust Documents should the Company hire Laborers within the jurisdiction of the Construction and General Laborers' District Council of Chicago and Vicinity.

Respectfully submitted,

Dated:  July 16, 2008          Laborers' Pension Fund, et al.

/s/ Amy Carollo
Amy Carollo, Attorney for Plaintiffs

Office of Fund Counsel
111 W. Jackson Blvd, Suite 1415
Chicago, IL 60604

Maxwell Plumbing Co., Ltd.

Dated: July 16, 2008          /s/ Donald J. Vogel
Donald J. Vogel, attorney for Defendant

Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 W. Monroe, Suite 600
Chicago, IL 60603

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the foregoing Agreed Stipulation of

Judgment to be served upon the following person via the Court's electronic notification system this

16th day of July 2008.


Donald J. Vogel
Scopelitis, Garvin, light, Hanson & Feary, PC
30 West Monroe St., Suite 600
Chicago, IL 60603


/s/ Amy Carollo