IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br>                 Plaintiffs, <br>   v. <br><br>MAXWELL PLUMBING CO., LTD. An Illinois Corporation <br>                 Defendant. | Case No. 08 C 1283 <br><br> Judge Hibbler |

## NOTICE OF FILING

To:    Donald J. Vogel
         Scopelitis, Garvin, Light, Hanson & Feary, PC
         30 West Monroe St., Suite 600
         Chicago, IL 60603

    PEASE TAKE NOTICE that on this 16th day of July 2008 the undersigned filed with the Clerk of Court the attached *Agreed Stipulation of Judgment*, a copy of which is herewith served upon you.

July 16, 2008                                                Laborers Pension Fund, et al.

                                                                  By: /s/ Amy N. Carollo

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

    The undersigned certifies that on this 16th day of July 2008 she served this notice to the above addressee(s) via, U.S. mail and the Court's electronic filing system.

                                                                     /s/ Amy N. Carollo