

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1283 | **DATE** | 7/17/2008 |
| **CASE TITLE** | LABORERS' PEN. FUND, et al. Vs. MAXWELL PLUMBING CO. | | |

**DOCKET ENTRY TEXT**

Agreed stipulation of judgment is granted. Enter Judgment Order in favor of plaintiffs and against defendant in the amount of $16,117.41. All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s). ]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|

