

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | Case No.: 08 C 1283 |
| v. ) ) | Judge Hibbler |
| MAXWELL PLUMBING CO., LTD. an Illinois ) corporation, ) ) | |
| Defendant. ) | |

### JUDGMENT ORDER

This matter having come to be heard on Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds ("Funds"), by and through their attorney, Amy Carollo, and Defendant Maxwell Plumbing, Co., Ltd. ("Maxwell" or the "Company"), by and through its attorney Donald J. Vogel, Agreed Stipulation of Judgment, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That judgment in sum certain is hereby entered in favor of the Plaintiffs and against Defendant Maxwell Plumbing Co., Ltd., in the amount of $16,117.41 as follows:

    A. $6,437.37 in contributions, liquidated damages, accumulated liquidated damages, interest, and audit costs on the Individual Self-Contributor audit for the period of January 1, 2005 through March 31, 2008;

    B. $8,295.44 in contributions, liquidated damages, accumulated liquidated damages, interest, and audit costs on the January 1, 2005 through March 31, 2008 audit;

      C.      $1,384.60 in attorneys' fees and costs; and

      D.      Ordering Defendant to pay post judgment interest on all amounts

due from the date of judgment until the judgment is satisfied.

ENTER:

*Wm. J. Hibbler* (signature)

The Honorable William J. Hibbler
United States District Court Judge

Dated: 7/17/08